IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:13-00006 |
| v. ) | William J. Haynes, Jr. |
| ) | Chief Judge, U.S. District Court |
| PEDRO MOTA-ALVARADO ) | |

## DEFENDANT'S MOTION TO RESCHEDULE SENTENCING

Defendant Pedro Mota respectfully requests that the Court reschedule the sentencing hearing set for September 5, 2014, at 10:30 a.m. because undersigned counsel has another sentencing at 10:00 a.m. that day before a different judge. Counsel expects the other sentencing will be over by 11:00 a.m., and has no other conflict that day. Counsel for the government reports that he can be available at anytime that day for the sentencing. Mota respectfully requests that the Court reschedule the hearing for another time on September 5, or at some other time convenient to the Court.

[Handwritten annotation: *Granted. This motion to reschedule the hearing is reset for September 12, 2014 at 3:30 p.m.* w/s/ *(signature)* 8-5-14]

Respectfully submitted,

s/ Michael C. Holley
MICHAEL C. HOLLEY
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
(615) 736-5047

Counsel for Pedro Mota-Alvarado

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2014, I electronically filed the foregoing Motion to Reschedule Sentencing with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: William Lee Deneke, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203.

s/ Michael C. Holley
MICHAEL C. HOLLEY