IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Case No. 1:13-00006 |
| v. | ) | William J. Haynes, Jr. |
| | ) | Chief Judge, U.S. District Court |
| PEDRO MOTA-ALVARADO | ) | |

*[Handwritten notation: ORDER This motion is GRANTED. Will [signature] 9-8-14]*

**DEFENDANT'S MOTION TO CONTINUE DEADLINE FOR SENTENCING POSITION**

Defendant Pedro Mota respectfully requests that the Court continue the deadline for filing sentencing positions until Tuesday, September 9, 2014, because undersigned counsel has just received the revised presentence report this afternoon at 4:00 p.m. Counsel has discussed the matter with AUSA Lee Deneke who states that he does not object to Mota's request for a continuance and would join in a request to continue the filing deadline for both parties until Tuesday. Mota's sentencing is set for Friday, September 12, 2014.

Respectfully submitted,

s/ *Michael C. Holley*
MICHAEL C. HOLLEY
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
(615) 736-5047

Counsel for Pedro Mota-Alvarado

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2014, I electronically filed the foregoing *Motion to Continue Deadline for Sentencing Position* with the U.S. District Court Clerk by using the CM/ECF system, which will send a Notice of Electronic Filing to the following: William Lee Deneke, Assistant United States Attorney, 110 Ninth Avenue South, Suite A-961, Nashville, Tennessee 37203.

s/ *Michael C. Holley*
MICHAEL C. HOLLEY