IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:13-00006 |
| | ) | Chief Judge Haynes |
| v. | ) | |
| | ) | |
| PEDRO MOTA-ALVARADO, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Before the Court is the Defendant's motion for judicial recommendation (Docket Entry No. 36) that the Court recommend his sentence of imprisonment should be in Texas since his family is presently relocating there. This motion is **GRANTED**.

It is so **ORDERED**.

ENTERED this the 22nd day of September, 2014.

_____
WILLIAM J. HAYNES, JR.
Chief United States District Judge